# Exhibit A

**Cash Flow Forecast**                                                                                           6/6/2016

**Roywell, LLC**            Thirteen weeks Forecast

| | Actual 03-Jun-16 | Week ending 10-Jun-16 | 17-Jun-16 | 24-Jun-16 | 01-Jul-16 | 08-Jul-16 | 15-Jul-16 | Bankruptcy Funding | 22-Jul-16 | 29-Jul-16 | 05-Aug-16 | 12-Aug-16 | 19-Aug-16 | 13 Week Forecast 19-Aug-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) OPENING CASH BALANCE | 100,000 | 100,000 | 40,800 | 56,600 | 82,354 | 132,149 | 224,914 | 100,000 | 209,889 | 40,364 | 15,787 | 19,087 | 22,387 | 100,000 |
| 2) CASH INFLOW - Receipts | | | | | | | | | | | | | | |
| Collections from accounts receivable | | 307,456 | 151,724 | 169,288 | 273,185 | 235,788 | 137,357 | 1,274,798 | 192,031 | 80,281 | 82,063 | 2,943 | 2,162 | 1,634,278 |
| Estimated Collection for Projected Revenue | | | | | | | | | | 322,619 | 322,619 | 322,619 | 322,619 | 1,290,476 |
| LOC Increases | | | | | | | | | | | | | | |
| Cash Sweep | | (407,456) | (151,724) | (169,288) | (273,185) | (235,788) | (137,357) | (1,374,798) | (192,031) | (402,900) | (404,682) | (325,562) | (324,781) | (3,024,754) |
| Total cash inflow | | (100,000) | | | | | | (100,000) | | | | | | (100,000) |
| 3) CASH OUTFLOW | | | | | | | | | | | | | | |
| (Disbursements) (A) | | | | | | | | | | | | | | |
| Material Purchases/ Inventory /Vendor prepayments | | (106,464) | (106,464) | (106,464) | (106,464) | (124,563) | (122,434) | (672,854) | (122,434) | (122,434) | (106,464) | (106,464) | (106,464) | (1,237,115) |
| Salaries, wages & fringe benefits | | (300,000) | | (227,248) | | | (227,248) | (754,495) | | (276,248) | | | (227,248) | (1,257,990) |
| Capital expenditure (ALL capital items) | | | | | | | | | | | | | | |
| Approved PO's | | | | | | | | | | | | | | |
| Auto Leases | | | | | (50,000) | | | (50,000) | | | (50,000) | | | (100,000) |
| Debtor's Professional Fees | | | | | | | | | | | | | | |
| Professional Fees | | (37,500) | | (37,500) | | (37,500) | | (112,500) | (37,500) | | | | | (150,000) |
| US Trustee | | | | (10,000) | | | | (10,000) | | | | | | (10,000) |
| CRO | | | (7,500) | | (7,500) | | (7,500) | (22,500) | | (7,500) | | | | (30,000) |
| Mail Services | | | (10,000) | | | | | (10,000) | | | | | | (10,000) |
| Credit Cards | | | (40,000) | | | | (20,000) | (60,000) | | | | | (20,000) | (80,000) |
| Travel & entertainment | | | | (15,000) | | | | (15,000) | | (15,000) | | | | (30,000) |
| Leases / Rentals / Rent | | (3,226) | (3,226) | (16,024) | (3,226) | (3,775) | (3,710) | (33,188) | (3,710) | (16,508) | (3,226) | (3,226) | (3,226) | (63,084) |
| Insurances - HLTH | | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (120,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (220,000) |
| Insurances - GL / WC | | | (15,000) | | (121,006) | | (15,000) | (151,006) | | (121,006) | | | | (272,012) |
| Sales Tax / Property taxes | | | (40,000) | | | | (478,252) | (518,252) | | (40,000) | | | | (558,252) |
| Fuel, Main&Fees | | (25,810) | (25,810) | (25,810) | (25,810) | (30,197) | (29,681) | (163,116) | (29,681) | (29,681) | (25,810) | (25,810) | (25,810) | (299,907) |
| Others (see details below) | | (16,200) | (16,200) | (16,200) | (16,200) | (16,200) | (16,200) | (97,200) | (16,200) | (16,200) | (16,200) | (16,200) | (16,200) | (178,200) |
| Total cash outflow | | (509,200) | (284,200) | (474,246) | (350,206) | (232,235) | (940,025) | (2,790,111) | (269,525) | (624,576) | (221,700) | (171,700) | (418,948) | (4,496,560) |
| 4) NET CASH FLOW | | (609,200) | (284,200) | (474,246) | (350,206) | (232,235) | (940,025) | (2,890,111) | (269,525) | (624,576) | (221,700) | (171,700) | (418,948) | (4,596,560) |
| 5) CASH SURPLUS/DEFICIT (1)+(4) | 100,000 | (509,200) | (243,400) | (417,646) | (267,851) | (100,086) | (715,111) | (2,790,111) | (59,636) | (584,213) | (205,913) | (152,613) | (396,560) | (4,496,560) |
| 6) Anticipated borrowings / (surplus) DIP Loan | | 550,000 | 300,000 | 500,000 | 400,000 | 325,000 | 925,000 | Gross DIP Loan 3,000,000 | 100,000 | 600,000 | 225,000 | 175,000 | 405,000 | 4,505,000 |
| 7) ENDING CASH BAL. (6)+(7) | 100,000 | 40,800 | 56,600 | 82,354 | 132,149 | 224,914 | 209,889 | 209,889 | 40,364 | 15,787 | 19,087 | 22,387 | 8,440 | 8,440 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Line of Credit - Balance | | | | | | | | | | | | | | |
| Available Line | | | | | | | | | | | | | | |
| Max Line | | | | | | | | | | | | | | |
| Liquidity | | 100,000 | 40,800 | 56,600 | 82,354 | 132,149 | 224,914 | 209,889 | | 40,364 | 15,787 | 19,087 | 22,387 | 8,440 |
| | | | | | | | | | | | | | | |
| AR Balance | | 1,900,000 | 1,900,000 | 1,915,163 | 2,086,058 | 2,239,389 | 2,288,823 | 2,430,500 | | 2,664,154 | 2,843,135 | 2,811,247 | 2,729,184 | 2,843,135 |
| Less: Weekly Collections | | - | -307,456 | -151,724 | -169,288 | -273,185 | -235,788 | -137,357 | | -192,031 | -402,900 | -404,682 | -325,562 | -324,781 |
| Forecast Revenue | | - | 322,619 | 322,619 | 322,619 | 322,619 | 377,464 | 371,012 | | 371,012 | 371,012 | 322,619 | 322,619 | 322,619 |
| Net AR | | 1,900,000 | 1,915,163 | 2,086,058 | 2,239,389 | 2,288,823 | 2,430,500 | 2,664,154 | | 2,843,135 | 2,811,247 | 2,729,184 | 2,726,242 | 2,840,972 |